# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Raul Gonzalez-Pena,<br>a.k.a.: Raul Gonzalez Pena,<br>a.k.a.: Osiel Jesus Tapia Melgar,<br>a.k.a.: Christian Garcia<br>(A 095 767 168)<br>*Defendant* | )<br>)<br>) Case No. 16-8487MJ<br>)<br>)<br>) |

DOA 11-11-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 13, 2012, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Raul Gonzalez-Pena, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about March 14, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Brooke T. Afshari for AUSA Kathy Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ telephonically

Date: 11/11/16 @ 10:15 AM

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 13, 2012, Raul Gonzalez-Pena was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gonzalez-Pena was examined by ICE Officer J. Jordan who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 11, 2016, Gonzalez-Pena was released from Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Gonzalez-Pena was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Raul Gonzalez-Pena to be a citizen of Mexico and a previously deported criminal alien. Gonzalez-Pena was removed from the United States to Mexico through Nogales, Arizona, on or about March 14, 2011,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Gonzalez-Pena in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Pena's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Raul Gonzalez-Pena was convicted of Attempted Possession of Dangerous Drugs for Sale, a felony offense, on January 2, 2009, in the Superior Court of Arizona, Maricopa County. Gonzalez-Pena was sentenced to three and one half (3.5) years' imprisonment. Gonzalez-Pena's criminal history was matched to him by electronic fingerprint comparison.

5. On November 11, 2016, Raul Gonzalez-Pena was advised of his constitutional rights. Gonzalez-Pena freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 13, 2012, Raul Gonzalez-Pena, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about March 14, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 11th day of November, 2016.


_____
John Z. Boyle,
United States Magistrate Judge